UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

Annette M. Bendsten, Civil: 01-2376 DSD/SRN

Plaintiff,

v.

Dunlo Motors, Inc.

Defendant

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action, including all crossclaims, counterclaims and third-party claims, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

AUG 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 2002
DEPUTY CLERK

Thomas J. Lyons #65699
THOMAS J. LYONS & ASSOCIATES
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
Phone: 651-770-9707

R. Stephen Tillitt #15247X
GISLASON & HUNTER LLP
Attorneys for Defendant
Suite 215E
9900 Bren Road East
P. O. Box 5297
Minnetonka, MN 55343-2297
Phone: 952-933-9900

Thomas J. Lyons, Jr. #249646
CONSUMER JUSTICE CENTER, P.A.
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
Phone: 651-770-9707

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

DATED: 8/1/02

BY THE COURT:

~~The Honorable Susan Richard Nelson~~
United States ~~Magistrate~~ Judge

MPLIB:96692.1